**James Harrison SINGLETARY, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 08–8435.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 18, 2009.

James Harrison Singletary, Appellant Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Harrison Singletary, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Singletary v. United States*, No. 0:08–cv–03179, 2008 WL 4816990 (D.S.C. Oct. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*